# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| FLEISSIG, AUDREY G. | EASTERN DISTRICT OF MISSOURI | 04/27/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE - ACTIVE STATUS | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

111 S. 10TH STREET: 12S
ST. LOUIS, MISSOURI 63102

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

✔ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FLEISSIG, AUDREY G. | 04/27/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | MISSOURI MACHINERY & ENGINEERING COMPANY (SALARY) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FLEISSIG, AUDREY G. | 04/27/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | UMB BANK | MORTGAGE ON COMMERCIAL REAL ESTATE | N |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FLEISSIG, AUDREY G. | 04/27/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1 (H) | | | | | | | | | |
| 2. - HARBOR FD INTL FD | | None | | | Sold | 01/12/17 | L | A | |
| 3. - PIMCO FUNDS COMMODITY/REAL RET | C | Int./Div. | L | T | Buy (add'l) | 01/12/17 | J | | |
| 4. - COHEN & STEERS REALTY SHS INSTL | B | Int./Div. | K | T | | | | | |
| 5. - AMERITRADE ACCOUNT | | None | J | T | | | | | |
| 6. - BAIRD CORE PLUS BD INSTL | B | Int./Div. | L | T | | | | | |
| 7. - AMERICAN FUNDS EUROPACIFIC GROWTH F2 CL | B | Int./Div. | K | T | Buy | 01/12/17 | K | | |
| 8. - HARTFORD SCHRODER INTL MULTICAP VALUE I | B | Int./Div. | K | T | Buy | 01/12/17 | K | | |
| 9. IRA #2 (H) | | | | | | | | | |
| 10. - HARBOR FD INTL FD | | None | | | Sold | 01/12/17 | L | | |
| 11. - COHEN & STEERS REALTY SHS INSTL | C | Int./Div. | L | T | Buy (add'l) | 01/12/17 | J | | |
| 12. - AMERITRADE ACCOUNT | | None | J | T | | | | | |
| 13. - BAIRD CORE PLUS BD INSTL | C | Int./Div. | M | T | Buy (add'l) | 06/28/17 | M | | |
| 14. - AMERICAN FUNDS EUROPACIFIC GROWTH F2 CL | B | Int./Div. | K | T | Buy | 01/12/17 | K | | |
| 15. - HARTFORD SCHRODER INTL MULTICAP VALUE I | B | Int./Div. | K | T | Buy | 01/12/17 | K | | |
| 16. - PIMCO FUNDS COMMODITY/REAL RET | A | Int./Div. | K | T | Buy | 06/28/17 | K | | |
| 17. BROKERAGE #1 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FLEISSIG, AUDREY G. | 04/27/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - ISHARES MID-CAP | C | Int./Div. | M | T | Sold (part) | 06/14/17 | J | B | |
| 19. | | | | | Sold (part) | 08/24/17 | J | D | |
| 20. - ISHARES RUSSELL 1000 ETF | A | Int./Div. | L | T | Sold (part) | 01/23/17 | J | C | |
| 21. | | | | | Sold (part) | 08/24/17 | J | C | |
| 22. - HARBOR FD INTL FD | | None | | | Sold | 01/12/17 | K | | |
| 23. - HARBOR FD CAP APPRECIATN | | None | | | Sold (part) | 03/01/17 | J | B | |
| 24. | | | | | Sold | 04/05/17 | K | D | |
| 25. - MSIF US REAL ESTATE FD CL I | A | Int./Div. | | | Sold | 08/07/17 | J | A | |
| 26. - AMG MGRS SKYLINE SPEC EQUITIES | C | Int./Div. | L | T | Sold (part) | 04/05/17 | K | B | |
| 27. - AMERITRADE ACCOUNT | | None | J | T | | | | | |
| 28. - VANGUARD EQUITY INCOME ADMIRAL | A | Int./Div. | | | Sold (part) | 03/01/17 | J | A | |
| 29. | | | | | Sold | 04/05/17 | K | B | |
| 30. - AMERICAN FUNDS EUROPACIFIC GROWTH F2 CL | A | Int./Div. | K | T | Buy | 01/12/17 | J | | |
| 31. - HARTFORD SCHRODER INTL MULTICAP VALUE I | A | Int./Div. | J | T | Buy | 01/12/17 | J | | |
| 32. | | | | | Sold (part) | 04/06/17 | J | A | |
| 33. MISSOURI MACHINERY & ENGINEERING 50% PRIVATELY HELD | F | Int./Div. | O | U | | | | | |
| 34. BKF LLC 50% MEMBER - PRIVATELY HELD, ST. LOUIS, MO | E | Rent | K | U | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **FLEISSIG, AUDREY G.** | 04/27/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. RENTAL PROPERTY #1, ST. LOUIS, MO | D | Rent | M | W | | | | | |
| 36. 401(K) COMMERCE BOND FUND | B | Int./Div. | | | Distributed | 06/26/17 | M | | |
| 37. BANK OF AMERICA | | None | J | T | | | | | |
| 38. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FLEISSIG, AUDREY G. | 04/27/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The 401 (K) Commerce Bond Fund was transferred to the IRA #2 in June of 2017.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ AUDREY G. FLEISSIG

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544